1  Raymond M. Buddie, Esq. (SBN 121353)
   PECKAR & ABRAMSON, P.C.
2  250 Montgomery Street, 16th Floor
   San Francisco, CA 94104
3  Telephone: (415) 837-1968
   Facsimile: (415) 837-1320
4
5  Attorneys for Defendant, SKANSKA USA / RQ
   CONSTRUCTION, a joint venture
6
7
8                 UNITED STATES DISTRICT COURT
9                 EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES, for the use of | Case No. 2:05-CV-00731-DFL-GGH
11 | FERGUSON ENTERPRISES, INC., successor-in-interest to FAMILIAN CORP., |
12 | dba FAMILIAN PIPE & SUPPLY, |
13 |              Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL**
14 |        vs. |
15 | SKANSKA USA / RQ CONSTRUCTION, a joint venture, |
16 |  |
17 |  |
18 |              Defendants. |

19
20   Whereas this action was brought by FERGUSON ENTERPRISES, INC., successor-in-
21 interest to FAMILIAN CORP., dba FAMILIAN PIPE & SUPPLY ("FERGUSON") against
22 SKANSKA USA/RQ ("SKANSKA/RQ") pursuant to 40 USC § 270(a)-(e); and
23   Whereas the Parties have reached a settlement that is satisfactory to both and any and all
24 payments that are due pursuant to the terms of that settlement have been made:
25   **It is HEREBY STIPULATED by and between the parties hereto through their**
26 **respective attorneys of record that, pursuant to Fed. R. Civ. P. 41(a)(1)-(2), this action be**
27 **immediately Dismissed with Prejudice.**
28 ///

| | | |
|---|---|---|
| 1 | Dated: September 14, 2005 | PECKAR & ABRAMSON, P.C. |
| 2 | | |
| 3 | | By: _____/s/_____ |
| 4 | | Gary S. Moorefield, Esq. |
| | | Attorneys for Defendant SKANSKA USA/RQ |
| 5 | | CONSTRUCTION, a joint venture |
| 6 | | |
| 7 | Dated: September 14, 2005 | GEORGE SYKULSKI, PLC |
| 8 | | |
| 9 | | By: _____/s/_____ |
| 10 | | George Sykulski, Esq. |
| | | Loraine Todd, Esq. |
| 11 | | Attorneys for Plaintiff FERGUSON ENTERPRISES, INC. |

14  **This Action is hereby DISMISSED WITH PREJUDICE.**

15  **SO ORDERED:  9/16/2005**

_____
DAVID F. LEVI
United States District Judge